```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2021
```

# LAW OFFICE OF KENNETH J MONTGOMERY P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

JANUARY 12, 2021

**BY ECF**
The Honorable Analisa Torres (AT)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:  *United States v. Malik Tunstall*, 20 Cr. 78 (AT)

Dear Judge Torres:

      This letter is respectfully made on behalf of my client Mr. Tunstall who is currently on home confinement. Upon Mr. Tunstall's release on bond he secured employment with his OSHA card. He was gainfully employed until the onset of the pandemic. Since the pandemic he had been waiting for the construction job to resume, however he is aware of other employment opportunities that may be "off the books". Those opportunities would not be allowed while on home detention. I have spoken to Pretrial, and pretrial consents to a curfew with location monitoring, with the hours to be set at Pretrial Services' discretion. Curfew would allow Mr. Tunstall to seek employment. I have discussed this request with the Government and they have no objection to this request.

      Thank you for the Court's time and consideration in this matter.

                                                      Respectfully,
                                                      *Kenneth J. Montgomery*
                                                      s/
                                                      Kenneth J. Montgomery

GRANTED.

SO ORDERED.

Dated: January 13, 2021
       New York, New York

*[signature]*

ANALISA TORRES
United States District Judge