USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/1/2021_

# LAW OFFICE OF KENNETH J. M[ONTGOMERY] P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

JANUARY 27, 2021

**BY ECF**
The Honorable Analisa Torres (AT)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:   *United States v. Malik Tunstall*, 20 Cr. 78 (AT)

Dear Judge Torres:

    This letter is to request permission to have co-counsel Sara Sacks appear on my behalf at the next status conference scheduled for February 10, 2021. I will be traveling and in flight on the date of the status conference. I have discussed the matter with my Client.

    Thank you for the Court's time and consideration in this matter.

    Respectfully,

    *Kenneth J. Montgomery*
    s/
    Kenneth J. Montgomery

GRANTED.

SO ORDERED.

Dated: February 1, 2021
       New York, New York

*[signature]*

ANALISA TORRES
United States District Judge