UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

        -v-

Malik Tunstall,
               Defendant.
------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

20 Cr. 78 (AT)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2021

Defendant __Malik Tunstall_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_Malik Tunstall/ SMS_____
Defendant's Signature

_Sarah M. Sacks_____
Defense Counsel's Signature

(Judge may obtain verbal consent on Record and Sign for Defendant)

Malik Tunstall
Print Defendant's Name

Sarah M. Sacks
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

2/19/2021
Date

_____
ANALISA TORRES
United States District Judge