USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/20/2021__

# LAW OFFICE OF KENNETH J. MONTGOMERY, P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

July 19, 2021

**BY ECF**

The Honorable Analisa Torres (AT)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:   *United States v. Malik Tunstall*, 20 Cr. 78 (AT)

Dear Judge Torres:

      This letter is respectfully made on behalf of my client Mr. Tunstall who is currently on home confinement with ankle monitoring. Mr. Tunstall has been fully compliant while under pretrial supervision. Pretrial services consents to the removal of the curfew and location monitoring conditions. According to Pretrial services Mr. Tunstall has been fully compliant since his release in February 2020 and he has retained full employment in the past couple of months. The Government defers to the views of Pretrial services on this issue.

      Thank you for the Court's time and consideration in this matter.

      Respectfully,

      *Kenneth J. Montgomery*
      s/
      Kenneth J. Montgomery

GRANTED. Defendant's conditions of pre-trial supervision are modified to remove the curfew and location monitoring conditions only. All other release conditions shall remain in effect.

SO ORDERED.

Dated: July 20, 2021
      New York, New York

                                    ANALISA TORRES
                                    United States District Judge